1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROYAL P. McHENRY,

11          Petitioner,                    No. CIV S-10-1794 GGH P

12       vs.

13   WARDEN PAT VASQUEZ,

14          Respondent.               ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19          The application attacks a conviction issued by the Los Angeles County Superior

20   Court.  While both this Court[1] and the United States District Court in the district where petitioner

21   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 93 S.

22   Ct. 1123 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

23   application are more readily available in Los Angeles County.  Id. at 499 n.15, 93 S. Ct. at 1132

24   n. 15; 28 U.S.C. § 2241(d).

25

26          [1]  Actually, the appropriate division would be the Fresno Division, not the Sacramento
Division, of the Eastern District as petitioner is housed at Wasco State Prison in Kern County.

1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's application to proceed in forma

3 pauperis; and

4        2.  This matter is transferred to the United States District Court for the Central

5 District of California.

6 DATED: July 20, 2010

7

8                                          /s/ Gregory G. Hollows

                                          _____
9                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

10   GGH:009/mp
     mche1794.108

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2