1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

11 | ROYAL PORTER McHENRY,                )   No. CV 10-5344-R (PLA)

12 |               Petitioner,            )   **JUDGMENT**

13 |       v.                                   )

14 | PAT VASQUEZ, Warden,                 )

15 |               Respondent.          )

16

17
18

     Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

19
20
21

DATED: January 28, 2011

22

       HONORABLE MANUEL L. REAL
       UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28